**CASE NO. 6:23-CV-957**

JF HOLDCORP, INC., a Florida corporation,
PHILIP A. HART, as Trustee of the Philip A.
Hart Revocable Trust dated July 21, 1997,
LISA B. HART, as Trustee of the Lisa B. Hart
Revocable Trust dated July 21, 1997, JUSTIN
P. HART, as Trustee of the Jennafer M. Otto
2018 Irrevocable Trust dated April 10, 2018,
PHILIP A. HART, an individual, JUSTIN P.
HART, an individual, and JENNAFER M.
OTTO, an individual,

          Plaintiffs,

v.

MERJANT GROUP, INC., a foreign
corporation, MICHAEL P. ARTH, an
individual, and JOHN O'DONNELL, an
individual,

          Defendants.

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(b) and 1446, Defendants MERJANT GROUP,

INC. and MICHAEL P. ARTH (collectively "Defendants"), remove this action from

the Eighteenth Judicial Circuit Court in and for Seminole County, Florida to the

United States District Court for the Middle District of Florida, and state as follows:

1

1. Plaintiffs filed their Complaint against Defendants in the Eighteenth Judicial Circuit Court in and for Seminole County, Florida on March 31, 2023. *See JF Holdcorp Inc. et. al. vs Merjant Group, Inc. et. al.* (Case No. 2023-CA-002565).

2. A copy of the Complaint and all other process, pleadings, orders, and other filings received by Defendants are submitted with this filing pursuant to Local Rule 1.06(b).

3. Defendant Merjant was served on May 19, 2023.

4. Defendant Arth was served on May 18, 2023.

5. Defendant O'Donnell is recently deceased, however, at all relevant times to this dispute he was a resident of Virginia.

6. As such, Defendants are timely filing this Notice of Removal within thirty (30) days after service upon them as required by 28 U.S.C. § 1446(b)(1).

7. Plaintiff JF Holdcorp Inc. ("JFH") has its principal place of business and "nerve center"[1] within Seminole County, Florida. *See* Compl. ¶ 2.

8. Plaintiffs Philip A. Hart, Lisa B. Hart, Justin P. Hart, and Jennafer M. Otto, in their individual capacities and as trustees[2] ("the Harts"), are domiciled in Florida. *See* Compl. ¶ 4.

---

[1] *See Hertz Corp. v. Friend*, 559 U.S. 77, 93 (2010) ("A corporation's nerve center, usually its main headquarters, is a single place.")

[2] *See Navarro Sav. Ass'n v. Lee*, 446 U.S. 458, 464 (1980) ("[A] trustee is a real party to the controversy for purposes of diversity jurisdiction when he possesses certain customary powers to hold, manage, and dispose of assets for the benefit of others.")

9. Defendant Merjant is a Delaware corporation with its principal place of business and nerve center in California.

10. Defendant Arth is domiciled in California.

11. Pursuant to 28 U.S.C. §§ 1441(b), complete diversity of citizenship exists as "every plaintiff [is] diverse from every defendant." *CSDVRS, LLC v. Purple Commc'ns, Inc.*, 979 F. Supp. 2d 1302, 1304 (M.D. Fla. 2013).

12. Additionally, the claims exceed $75,000.00 which is "facially apparent" from the Complaint. *See Yergey v. Brinker Fla., Inc.*, No. 620CV917ORL37LRH, 2020 WL 10817750, at *1 (M.D. Fla. June 23, 2020) ("[T]he court looks to the complaint and uses its common sense and judicial experience to determine whether the amount in controversy requirement is met.").

13. The Complaint demonstrates that the amount in controversy well exceeds the jurisdictional threshold. *See* Compl. ¶ 40 (alleging a loss of $4,127,329.55).

14. For these reasons, this Court possesses and should exercise diversity jurisdiction over this entire dispute pursuant to 28 U.S.C. § 1332.

WHEREFORE Defendants remove the case of *JF Holdcorp Inc. et. al. vs Merjant Group, Inc. et. al,* No. 2023-CA-002565, so that this Court may assume jurisdiction over the cause as provided by law.

Respectfully submitted,

**BLACK LAW P.A.**
*Attorneys for Defendants Merjant and Arth*
1401 E Broward Blvd., Suite 204
Fort Lauderdale FL 33301
ph-954.320.6220 fx-954.320.6005

/s/ *Cody Shilling*
By _____
**KELSEY K. BLACK**
Florida Bar No. 078925
kb@blacklawpa.com
**CODY J. SHILLING**
Florida Bar No. 1010112
Cs@blacklawpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on May 23, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will electronically serve all counsel of record.

/s/ *Cody Shilling*
By _____